AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LENARD,, JOAN A | DISTRICT CT.-SOUTHERN FL | 03/24/2007 |

| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 NORTH MIAMI AVENUE 7TH FLR MIAMI,FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 P 12:07 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ADJUNCT FACULTY, ▉▉▉▉▉▉ |
| 2. 2006 | GENERAL COUNSEL ▉▉▉▉▉ |
| 3. 2006 | ▉ ATTORNEY ▉▉▉▉▉ |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LENARD,, JOAN A | 03/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. SCHOOLS | ████TUITION AND EXPENSES | ● |
| 2. STD LIFE,SKYLAKE BK,COLONIAL BK | WAREHOUSE PROPERTIES | ● |
| 3. NATIONSBK,AMRESCO | VACANT LAND/OUTPARCELS. | ● |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WACHOVIA BANK #1 | | Interest | | T | | | | | |
| 2. WACHOVIA BANK #2 | | Interest | | T | | | | | |
| 3. WACHOVIA BANK #3 | | Interest | | T | | | | | |
| 4. WACHOVIA BANK #4 | | Interest | | T | | | | | |
| 5. BANK ATLANTIC | | Interest | | T | | | | | |
| 6. COLONIAL BANK | | Interest | | T | | | | | |
| 7. FIRST SOUTH BANK | | Interest | | T | | | | | |
| 8. VANGUARDPRIME MONEY MARKET FUND | | Dividend | | T | | | | | |
| 9. VANGUARD TAX-EXEMPT MONEY MARKET FUND | | Dividend | | T | | | | | |
| 10. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | | Dividend | | T | | | | | |
| 11. VANGUARD HIGH YIELD TAX-EXEMPT FUND | | Dividend | | T | | | | | |
| 12. NORTHEAST INV. TRUST | | Dividend | | T | | | | | |
| 13. STOCKS/SECURITIES | | | | | | | | | |
| 14. DETROIT EDISON-COMMON | | Dividend | | T | | | | | |
| 15. NI SOURCE-COMMON | | Dividend | | T | | | | | |
| 16. GYRODYNE CO'S.-COMMON | | None | | T | | | | | |
| 17. AT&T-COMMON | | Dividend | | T | | | | | |

1. Income Gain Codes: A –$1,000 or less   B –$1,001 - $2,500   C –$2,501 - $5,000   D –$5,001 - $15,000   E –$15,001 - $50,000
(See Columns B1 and D4) F –$50,001 - $100,000   G –$100,001 - $1,000,000   H1 –$1,000,001 - $5,000,000   H2 –More than $5,000,000
2. Value Codes: J –$15,000 or less   K –$15,001 - $50,000   L –$50,001 - $100,000   M –$100,001 - $250,000
(See Columns C1 and D3) N –$250,001 - $500,000   O –$500,001 - $1,000,000   P1 –$1,000,001 - $5,000,000   P2 –$5,000,001 - $25,000,000
3. Value Method Codes P3 –$25,000,001 - $50,000,000   R –Cost (Real Estate Only)   P4 –More than $50,000,000   T –Cash Market
(See Column C2) Q –Appraisal   S –Assessment
U –Book Value   V –Other   W –Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AGERE SYSTEMS-COMMON | | None | | T | | | | | |
| 19. AVAYA-COMMON | | None | | T | | | | | |
| 20. BELLSOUTH CORP.-COMMON | | Dividend | | T | | | | | |
| 21. BOEING-COMMON | | Dividend | | T | | | | | |
| 22. CHARTER COMM.-COMMON | | None | | T | | | | | |
| 23. CMS ENERGY-COMMON | | None | | T | | | | | |
| 24. CONS. EDISON-COMMON | | Dividend | | T | | | | | |
| 25. CTRYWIDE FINANCIAL CORP.-COMMON | | Dividend | | T | | | | | |
| 26. CHEMTURA CORP.-COMMON | | Dividend | | T | | | | | |
| 27. DYNEGY ENERGY-COMMON | | None | | T | | | | | |
| 28. DUFF & PHELEPS-COMMON | | Dividend | | T | | | | | |
| 29. FPL CORP.-COMMON | | Dividend | | T | | | | | |
| 30. INTEL CORP.-COMMON | | Dividend | | T | | | | | |
| 31. ALCATEL LUCENT(FORMERLEY LUCENT TECH.)-COMMON TECH.-COMMON | | None | | T | MERGER | 12/1 | | | |
| 32. KEYSPAN CORP.-COMMON | | Dividend | | T | | | | | |
| 33. NOKIA CORP.-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - 100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. SCHRNG PLGH-COMMON | | Dividend | | T | | | | | |
| 35. SUN MICROSYSTEMS,INC.-COMMON | | None | | T | | | | | |
| 36. VODAPHONE-COMMON | | Dividend | | T | | | | | |
| 37. VERIZON COMM.-COMMON | | Dividend | | T | | | | | |
| 38. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 39. QUEST COMM.-COMMON | | None | | T | | | | | |
| 40. AT&T-COMMON | | Dividend | | T | | | | | |
| 41. CISCO-COMMON | | None | | T | | | | | |
| 42. ORACLE-COMMON | | None | | T | | | | | |
| 43. BANK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 44. BLACKROCK FL MUNICIPAL FUND | | Interest | | T | | | | | |
| 45. SPANISH BROADCASTING SYSTEM-COMMON | | None | | T | | | | | |
| 46. COMCAST CORP.-COMMON | | None | | T | | | | | |
| 47. LEVITT CORP.-COMMON | | Dividend | | T | | | | | |
| 48. BFC FINANCIAL CORP.-COMMON | | None | | T | | | | | |
| 49. INVESTMENT PROJECTS | | | | | | | | | |
| 50. PALISADES BSEBLL,CA | | None | | U | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  FORTY-ONE SIXTY, LTD. | | None | ▮ | U | SELL | 1/13 | ▮ | ▮ | J. GLASSMAN, TRUSTEE |
| 52.  SWEETWATER, LTD. FL | | None | ▮ | U | SELL | 4/14 | ▮ | ▮ | STATE OF FL |
| 53.  PIER ONE IMPT/, FL | ▮ | Rent | ▮ | U | | | | | |
| 54.  COMM'L DEVLP/LEHMN, FL | ▮ | Rent | ▮ | U | | | | | |
| 55.  NMB CMMRC CTR. LLC, FL | ▮ | Rent | ▮ | U | | | | | |
| 56.  SELECT FUNDING ASSOC., FL | ▮ | Interest | ▮ | T | | | | | |
| 57.  SELECT/PEABODY, MA | ▮ | Rent | ▮ | U | | | | | |
| 58.  SELECT ATTLEB., FL | ▮ | Rent | ▮ | U | | | | | |
| 59.  RETIREMENT ACCOUNTS | | | | | | | | | |
| 60.  OPPENHEIMER FUNDS: M/MF ≠ 1 | ▮ | Interest | ▮ | T | | | | | |
| 61.  OPPENHEIMER FUNDS: GNMA # 2 | ▮ | Dividend | ▮ | T | | | | | |
| 62.  EVERGREEN FUND | ▮ | None | ▮ | T | | | | | |
| 63.  EVERGREEN EQUITY INCOME FUND | ▮ | None | ▮ | T | | | | | |
| 64.  FEDERATED KAUFMANN FUND | ▮ | None | ▮ | T | | | | | |
| 65.  FIDELITY (IRA) | ▮ | Interest | ▮ | T | | | | | |
| 66.  GENERAL ELECTRIC-COMMON | ▮ | Dividend | ▮ | T | | | | | |
| 67.  FL-DEF. BEN. PNSN. (VESTED) | | None | ▮ | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| 3. Value Method Codes | P3 =$25,000.001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. FL-DEFFERR.COMP.PLN | | Interest | | T | | | | | |
| 69. ICMA-401 PENSION | | Interest | | T | | | | | |
| 70. ICMA-457 DEF.COMP. | | Interest | | T | | | | | |
| 71. FIDELITY ANNUITY | | None | | T | | | | | |
| 72. OPPENHEIMER FDS:M/MF #1 | | Interest | | T | | | | | |
| 73. OPPENHEIMER FDS:GMMA #2 | | Dividend | | T | | | | | |
| 74. FIDELITY CASH RES. | | Interest | | T | | | | | |
| 75. CROMPTON CORP.NOW KNOWN AS CHEMTURA-COMMON | | Dividend | | T | | | | | |
| 76. ENTERGY CORP.-COMMON | | Dividend | | T | | | | | |
| 77. ALCATEL LUCENT(FORMERLY LUCENT. TECH) .-COMMON | | None | | T | MERGER | 12/1 | | | |
| 78. EDISON INT.-COMMON | | Dividend | | T | | | | | |
| 79. UNISOURCE-COMMON | | Dividend | | T | | | | | |
| 80. CISCO-COMMON | | None | | T | | | | | |
| 81. HEWLETT-PACKARD- COMMON | | Dividend | | T | | | | | |
| 82. GENERAL ELECTRIC-COMMON | | Dividend | | T | | | | | |
| 83. OTHER ACCOUNTS | | | | | | | | | |
| 84. CON.EDISON-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. WENDY'S-COMMON | | Dividend | | T | | | | | |
| 86. TIM HORTONS(X) | | Dividend | | T | SPINOFFWENDY | 8/1 | | | |
| 87. JANUS GLOBAL TECH.(FORMERLY BERGER INFORMATION TECH FUND) | | None | | T | MERGER | 1/2 | | | |
| 88. JANUS ENTERPRISE(FORMERLY BERGER MID CAP GROWTH FUND) | | None | | T | MERGER | 1/2 | | | |
| 89. JANUS ORION)FORMERLY BERGER SMALL COMPANY GROWTH FUND) | | None | | T | MERGER | 1/2 | | | |
| 90. JANUS GROWTH &INCOME(FORMERLY BERGER GROWTH FUND) | | Dividend | | T | MERGER | 1/2 | | | |
| 91. JANUS VENTURE(FORMERLY BERGER LARGE CAP GROWTH FUND) | | Dividend | | T | MERGER | 1/2 | | | |
| 92. JANUS FUND | | None | | T | | | | | |
| 93. JANUS TWENTY FUND | | Dividend | | T | | | | | |
| 94. AMERICAN CENTURY GROWTH FUND | | None | | T | | | | | |
| 95. AMERICAN CENTURY GIFT TRUST | | None | | T | | | | | |
| 96. U.S.SAVINGS BONDS | | Interest | | T | | | | | |
| 97. ISRAEL SAVINGS BONDS | | Interest | | W | | | | | |
| 98. 3-FL PREPAID TUITION PLANS | | None | | W | REDEMPTION | 1/05 | | | |
| 99. CHEMTURA CORP.-COMMON | | Dividend | | T | | | | | |
| 100. NEUBERGER & BERMAN GUARDIAN FUND | | Dividend | | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A –$1,000 or less  B –$1,001 - $2,500  C –$2,501 - $5,000  D –$5,001 - $15,000  E –$15,001 - $50,000
F –$50,001 - $100,000  G –$100,001 - $1,000,000  H1 –$1,000,001 - $5,000,000  H2 –More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J –$15,000 or less  K –$15,001 - $50,000  L –$50,001 - $100,000  M –$100,001 - $250,000
N –$250,001 - $500,000  O –$500,001 - $1,000,000  P1 –$1,000,001 - $5,000,000  P2 –$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 –$25,000,001 - $50,000,000  R –Cost (Real Estate Only)  P4 –More than $50,000,000
Q –Appraisal  V –Other  S –Assessment  T –Cash Market
U –Book Value  W –Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. NEUBERGER & CENTURY FUND | | None | | T | | | | | |
| 102. COCACOLA ENT.-COMMON | | Dividend | | T | | | | | |
| 103. AUTONATION-COMMON | | None | | T | SELL | 6/1 | | | |
| 104. BK ATLANTIC-COMMON | | Dividend | | T | | | | | |
| 105. VIACOM-COMMON | | None | | T | | | | | |
| 106. CBS-COMMON(X) | | Dividend | | T | SPINOFFVIACO | 11/1 | | | |
| 107. PRUDENTIAL EDUCATIONAL IRA'S | | | | | | | | | |
| 108. SELIGMAN COMMUNICATION & INFORMATION FUND | | None | | T | | | | | |
| 109. ALLIANCE TECHNOLOGY FUND | | None | | T | | | | | |
| 110. DAVIS FINANCIAL FUND | | None | | T | | | | | |
| 111. DAVIS N.Y. VENTURE FUND | | None | | T | | | | | |
| 112. DELL INC.-COMMON | | None | | T | | | | | |
| 113. SEMPRA ENERGY-COMMON | | Dividend | | T | | | | | |
| 114. CONSTELLATION ENERGY-COMMON | | Dividend | | T | | | | | |
| 115. DISNEY CORP.-COMMON | | Dividend | | T | | | | | |
| 116. BP AMOCO -COMMON | | Dividend | | T | | | | | |
| 117. CITIZENS COMM.-COMMON | | Dividend | | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. DAIMLER CHRYSLER- COMMON | ███ | Dividend | ███ | T | | | | | |
| 119. EXELON CORP.-COMMON | ███ | Dividend | ███ | T | | | | | |
| 120. NORTHEAST UTILITIES-COMMON | ███ | Dividend | ███ | T | | | | | |
| 121. PG & E CORP.-COMMON | ███ | None | ███ | T | | | | | |
| 122. CISCO -COMMON | ███ | None | ███ | T | | | | | |
| 123. COMCAST-COMMON | ███ | None | ███ | T | | | | | |
| 124. PFIZER-COMMON | ███ | Dividend | ███ | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD,, JOAN A | 03/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatnre ████████████████████████    Date _May 11, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544